| | |
|---|---|
| 1 | CHRISTOPHER J. RILLO (SBN 112009) |
| | RILLO LAW GROUP |
| 2 | 111 Pine St. |
| | Suite 1400 |
| 3 | San Francisco, CA 94111 |
| 4 | |
| | Telephone: (415) 704-7433 |
| 5 | Facsimile:  (415) 358-5650 |
| | crillo@rillolaw.com |
| 6 | |
| 7 | Attorneys for Plaintiffs |
| | XIANG HUAN SITU, an individual, and |
| 8 | BIQI ZHAO, an individual |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIORNIA

| | |
|---|---|
| XIONG MAN SITU, an individual, and BIQI ZHAO, an individual, | Case No.:  CV 13 5102 |
| Plaintiffs, | STIPULATION AND ORDER ORDERING PARTIES TO PRIVATE ADR AND RESCHEDULING RULE 26 CONFERENCE, AS MODIFIED BY THE COURT |
| v. | |
| EUGENE WONG, an individual, CONNIE CHAN, an individual, DAVID CHUN, an individual, BILL WONG, an individual, MATTHEW TSAI, an individual, LELAND WONG, an individual, and UMC FOOD CORPORATION, a California corporation, and DOES 1 through 20, | |
| Defendants. | |

The parties to the action having conferred hereby enter into this stipulation to order the matter to private mediation, provide a continuance for 60 days to answer or respond to the complaint, and reschedule the Rule 26 conference, currently scheduled for January 29, 2014.

///

WHEREAS, plaintiffs contend that all defendants have been served;

WHEREAS, four defendants, Eugene Wong, Connie Chan, William "Bill" Wong and Leland Wong have retained counsel and contacted plaintiffs' counsel or appeared in this action;

WHEREAS, some defendants have insurance policies that are wasting and desire to attempt to resolve the action early;

WHEREAS, the parties desire to continue both the response date and the Rule 26 conference to conserve the policies while settlement efforts are exhausted.

Based upon the foregoing, the parties agree:

1. The defendants who have executed this stipulation shall have response dates on or before April 15, 2014.

2. The Rule 26 conference shall be continued from January 29, 2014 to a date after April 1, 2014.

3. The case shall be mediated before Michael Ornstein, or another private mediator mutually agreed upon, by February 28, 2014.

/s/ Christopher J. Rillo
Christopher J. Rillo
Counsel for plaintiffs


/s/ Mark J. Edson
Mark J. Edson
Counsel for Defendant Eugene Wong


/s/ Peter Weber
Peter Weber
Murphy, Pearson, Bradley & Feeney
Counsel for Defendant Connie Chan

/s/ Edward M. Lai
Edward M. Lai
Bishop Barry Drath
Counsel for Defendant William "Bill" Wong


/s/ Lawrence J. Less
Lawrence J. Less
Counsel for Defendant Leland Wong

The terms of the foregoing ORDER and stipulation are accepted and the parties are ORDERED to perform according to its terms.

The Case Management Conference previously scheduled for January 29, 2014 before Magistrate Judge Cousins was vacated upon reassignment to this court.  At the request of the parties, the Case Management Conference scheduled on February 20, 2014 shall be continued to April 3, 2014 at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference. Parties or counsel may appear personally or file a request to appear by telephone.  If any party files such a request, all parties shall appear telephonically at 11:00 a.m. and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: January 14, 2014

The Honorable Richard Seeborg
United States District Court Judge