MARK P. EDSON #213081
BENNETT, SAMUELSEN, REYNOLDS,
ALLARD, COWPERTHWAITE & GELINI
A Professional Corporation
Attorneys at Law
1301 Marina Village Parkway, Suite 300
Alameda, California 94501-1084
Telephone: (510) 444-7688
Fax#: (510) 444-5849

Attorneys for Defendant
EUGENE WONG

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

XIONG MAN SITU, an individual, and BIQI ZHAO, an individual,

Plaintiffs,

vs.

EUGENE WONG, an individual, CONNIE CHAN, an individual, DAVID CHUN, an individual, BILL WONG, an individual, MATTHEW TSAI, an individual, LELAND WONG, an individual, and UMC FOOD CORPORATION, a California corporation, and DOES 1 through 20,

Defendants.
_______________________________/

NO. CV 135102

EUGENE WONG'S REQUEST FOR TELEPHONIC APPEARANCE BY INSURANCE CARRIER REPRESENTATIVE AT SETTLEMENT CONFERENCE

Date: 6/18/14
Time: 9:30 a.m.
Judge: Elizabeth D. Laporte
Courtroom E

This case is scheduled for settlement conference before Chief Magistrate Judge Elizabeth D. Laporte on June 18, 2014 at 9:30 a.m., Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Eugene Wong and Connie Chan are being defended under an insurance policy issued by Lloyd's of London. The carrier representative is located in Chicago, Illinois and is unable to physically attend a mandatory settlement conference in California on June 18, 2014. An insurance carrier representative with settlement authority can be available by telephone.

This settlement conference has been scheduled at the request of the parties in an effort to resolve this case early.

I have spoken with counsel for plaintiff as well as counsel for Connie Chan and I do not anticipate any objection to this request.

I respectfully request that the court allow the carrier representative to appear by telephone.

DATED: May 28, 2014

BENNETT, SAMUELSEN, REYNOLDS, ALLARD, COWPERTHWAITE & GELINI

Mark P. Edson
Attorneys for Defendant
EUGENE WONG

BENNETT, SAMUELSEN, REYNOLDS, ALLARD, COWPERTHWAITE & GELINI
A PROFESSIONAL CORP.
1301 MARINA VILLAGE PARKWAY, SUITE 300
ALAMEDA, CA 94501-1084
(510) 444-7688

# CERTIFICATE OF SERVICE

Case Name: Situ v. Wong
United States District Court Case No. CV 135102

I am a citizen of the United States, over the age of 18 years and not a party to the cause herein. I am an employee of BENNETT, SAMUELSEN, REYNOLDS, ALLARD, COWPERTHWAITE & GELINI, A Professional Corporation, 1301 Marina Village Parkway, Suite 300, Alameda, California 94501-1084. I am readily familiar with the standard business practices of this office in connection with the mailing, delivering (via messenger and overnight), and facsimiling of documents from this office.

On May 28, 2014, I served the attached:

EUGENE WONG'S REQUEST FOR TELEPHONIC APPEARANCE BY INSURANCE CARRIER REPRESENTATIVE AT SETTLEMENT CONFERENCE

on the interested parties in said cause, by causing an original or true copy thereof to be enclosed in a sealed envelope addressed as follows:

Christopher James Rillo
111 Pine Street, Suite 1400
San Francisco, California 94111

Peter Lee Weber
Murphy, Pearson, Bradley & Feeney
88 Kearny Street, 10th Floor
San Francisco, California 94108

Lawrence Less
Less & Weaver
1255 Post Street
San Francisco, CA 94109
415-398-9800/fax: 415-989-0841

William Taylor
Tsao-Wu, Chow & Yee
685 Market Street, Suite 460
San Francisco, CA 94105
415-777-1688/fax 415-777-2298

Ed Lai
Bishop Barry Drath
2000 Powell Street
Emeryville, CA 94608
510-596-0888/fax: 510-596-0899

[ X ] BY MAIL: I caused such envelope(s) to be placed in the United States mail, postage fully prepaid, in accordance with the standard business practices of this office, in the city of Alameda, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May ~~2R8~~ 28, 2014, in Alameda, California.

Suzan Hink



CERT RQ TELEPHONIC 5-28-14.wpd