IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIONG MAN SITU, | No. C -13-05102(EDL) |
| Plaintiff, | **ORDER GRANTING REQUEST FOR INSURANCE CARRIER REPRESENTATIVE TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE** |
| v. | |
| EUGENE WONG, | |
| Defendant. | |

For good cause shown, the Court grants Defendant Eugene Wong's unopposed request that the insurance carrier representative with settlement authority be permitted to appear telephonically at the June 18, 2014, settlement conference.

**IT IS SO ORDERED.**

Dated: May 29, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge