1 | LAWRENCE JAMES LESS, ESQ. (SBN 77168)

**LESS & WEAVER**
**ATTORNEYS AT LAW**
SUTTER PLAZA
1388 SUTTER STREET, SUITE 800
SAN FRANCISCO, CALIFORNIA 94109-5453
TEL 415/398-9800 • FAX 415/989-0841

Attorneys for Defendant
LELAND WONG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIONG MAN SITU, an individual, and BIQI Zhao, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EUGENE WONG, an individual,<br>CONNIE CHAN, an individual,<br>DAVID CHUN, an individual,<br>BILL WONG, an individual,<br>MATTHEW TSAI, an individual,<br>LELAND WONG, an individual, and UMC FOOD CORPORATION, a California corporation, and DOES 1 through 20,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. CV 13-5102 JD<br><br>[PROPOSED] ORDER EXCUSING THE SETTLING DEFENDANTS FROM THE JUNE 18, 2014 SETTLEMENT CONFERENCE |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Settling Defendants Leland Wong, Bill Wong, David Chun, Matthew Tsai, UMC Food Corporation, and their respective attorneys are excused from participating in the Settlement

///

///

///

---

~~Proposed~~ Order                                                1

1 | Conference presently set for June 18, 2014 at 9:30 a.m. in Department E before the Honorable
2 | Chief Magistrate Judge Elizabeth D. LaPorte.

4 | IT IS SO ORDERED.

5 | Dated: June 4, 2014

_____
Elizabeth D. LaPorte
United States Chief Magistrate Judge

~~Proposed~~ Order

2