IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIONG MAN SITU et al., | No. C -13-05102(JD) |
| Plaintiffs, | **ORDER REGARDING PLAINTIFFS' REQUEST TO COMPEL ATTENDANCE AND DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY** |
| v. | |
| EUGENE WONG et al., | |
| Defendants. | |

On June 3, 2014, Plaintiffs' counsel submitted a letter informing the Court that Defendant Connie Chan ("Ms. Chan") will not be attending the previously scheduled June 18, 2014 settlement conference ("settlement conference") and seeking an order compelling her attendance. On June 4, 2014, counsel for Ms. Chan submitted a letter explaining that Ms. Chan had left for China to begin a temporary work assignment four days after the order scheduling the settlement conference and requiring her attendance had been filed, and requesting permission for Ms. Chan to appear at the settlement conference via telephone. On June 5, 2014, Plaintiffs' counsel submitted a letter to the Court responding that Ms. Chan's request is untimely and noting that Ms. Chan's presence at the settlement conference is necessary.

The Court, after having fully considered the material presented, finds that Ms. Chan has failed to show good cause to be excused from the settlement conference that she had already been ordered to attend when she purchased travel to China and then, days later, left the country. The Court hereby **DENIES** Ms. Chan's request to appear at the settlement conference telephonically.

**IT IS SO ORDERED.**

Dated: June 6, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge