MARK P. EDSON #213081
BENNETT, SAMUELSEN, REYNOLDS,
ALLARD, COWPERTHWAITE & GELINI
A Professional Corporation
Attorneys at Law
1301 Marina Village Parkway, Suite 300
Alameda, California 94501-1084
Telephone: (510) 444-7688
Fax#: (510) 444-5849

Attorneys for Defendant
EUGENE WONG

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIONG MAN SITU, an individual, and BIQI ZHAO, an individual,<br><br>   Plaintiffs,<br><br>vs.<br><br>EUGENE WONG, an individual, CONNIE CHAN, an individual, DAVID CHUN, an individual, BILL WONG, an individual, MATTHEW TSAI, an individual, LELAND WONG, an individual, and UMC FOOD CORPORATION, a California corporation, and DOES 1 through 20,<br><br>   Defendants.<br>_____/ | NO.  CV 135102<br>ORDER GRANTING EUGENE WONG'S REQUEST FOR TELEPHONIC APPEARANCE BY INSURANCE CARRIER REPRESENTATIVE AT SETTLEMENT CONFERENCE<br><br>Date: 7/17/2014<br>Time: 2:00 p.m.<br>Magistrate Judge: Nandor Vadas<br>Courtroom: D |

This case is scheduled for settlement conference before Magistrate Judge Nandor Vadas on July 17, 2014 at 2:00 p.m. in Courtroom D, 450 Golden Gate Avenue, San Francisco, California 94102.

Eugene Wong and Connie Chan are being defended under an insurance policy issued by Lloyd's of London. The carrier representative is located in Chicago, Illinois. An insurance carrier representative with settlement authority can be available by telephone and participation by telephone will not affect the prospect of settlement.

BENNETT, SAMUELSEN,
REYNOLDS, ALLARD,
COWPERTHWAITE
& GELINI
A PROFESSIONAL CORP.
1301 MARINA VILLAGE
PARKWAY, SUITE 300
ALAMEDA, CA 94501-1084
(510) 444-7688

- 1 -

REQUEST FOR TELEPHONIC APPEARANCE BY INSURANCE CARRIER REPRESENTATIVE

This settlement conference has been scheduled at the request of the parties in an effort to resolve this case as soon as possible.

I have spoken with counsel for plaintiff as well as counsel for Connie Chan and neither has any objection to the carrier representative appearing by telephone. Furthermore, I have sent an e-mail to all counsel in this case asking if any party had an objection to the carrier representative appearing by telephone and have not received any objection.

I respectfully request that the court allow the carrier representative to appear by telephone.

DATED: July 14, 2014

BENNETT, SAMUELSEN, REYNOLDS, ALLARD, COWPERTHWAITE & GELINI

_/s/ Mark P. Edson_
Mark P. Edson
Attorneys for Defendant
EUGENE WONG

```
Defendant's request is HEREBY GRANTED.
IT IS SO ORDERED.
JULY 15, 2014
```

Nandor J. Vadas
United States Magistrate Judge

BENNETT, SAMUELSEN, REYNOLDS, ALLARD, COWPERTHWAITE & GELINI
A PROFESSIONAL CORP.
1301 MARINA VILLAGE PARKWAY, SUITE 300
ALAMEDA, CA 94501-1084
(510) 444-7688

- 2 -

REQUEST FOR TELEPHONIC APPEARANCE BY INSURANCE CARRIER REPRESENTATIVE