1  CHRISTOPHER J. RILLO (SBN 112009)
   RILLO LAW GROUP
2  111 Pine Street, Suite 1400
   San Francisco, CA 94111
3  Telephone: (415) 704-7433
4  Facsimile:  (415) 358-5650
   crillo@rillolaw.com
5
6  Attorneys for Plaintiffs
   XIANG HUAN SITU, an individual, and
7  BIQI ZHAO, an individual

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIORNIA

| | |
|---|---|
| XIONG MAN SITU, an individual, and BIQI ZHAO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>EUGENE WONG, an individual,<br>CONNIE CHAN, an individual,<br>DAVID CHUN, an individual,<br>BILL WONG, an individual,<br>MATTHEW TSAI, an individual,<br>LELAND WONG, an individual, and UMC FOOD CORPORATION, a California corporation, and DOES 1 through 20,<br><br>Defendants. | Case No. 13-cv-05102-JD (NJV)<br><br>ORDER GRANTING **PLAINTIFFS' APPLICATION FOR TELEPHONE STANDBY AT SETTLEMEMT CONFERENCE** |

22     Plaintiffs Xiong Man Situ and Biqi Zhao hereby respectfully petition the Court for
23  permission for parties to be on telephone standby.
24     1. Plaintiffs are residents of China.  They require visas to travel to the United States.  In
25  order to obtain a visa, they need several weeks notice.
26     2. Plaintiffs' applied for visas and appeared at the Court Settlement Conference on June
27  18, 2014 before the Honorable Elizabeth La Porte, United States Magistrate Judge.
28

3. At the conclusion of the last settlement conference, it was apparent that a further conference would be needed. Magistrate Judge La Porte stated that plaintiffs need not be present in person.

4. Plaintiffs lack a visa and cannot attend this week's settlement conference. Plaintiffs will be available on telephone standby, however, to communicate regarding settlement.

5. All defendants consent in this application.

**Therefore**, the Court should grant the application excusing plaintiffs from attendance in person.

Dated: July 14, 2014                              RILLO LAW GROUP

　　　　　　　　　　　　　　　　　　　　　　/s/ Christopher J. Rillo
　　　　　　　　　　　　　　　　　　　　　　Christopher J. Rillo
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　XIONG MAN SITU, an individual,
　　　　　　　　　　　　　　　　　　　　　　and BIQI ZHAO, an individual

```
Plaintiffs' application for telephonic standby is HEREBY
GRANTED.
IT IS SO ORDERED.
July 15, 2014                    _____
                                 NANDOR VADAS
                                 UNITED STATES MAGISTRATE JUDGE
```

## CERTIFICATE OF SERVICE

I, Mabelene Valeros, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 111 Pine Street, 14th Floor, San Francisco, California 94111. On July 14, 2014, I served the following document(s):

**PLAINTIFFS' APPLICATION FOR TELEPHONIC STANDBY AT SETTLEMENT CONFERENCE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☑ by using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

*(See attached Service List)*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on July

Executed on July 14, 2014, at San Francisco, California.

*/s/ Mabelene Valeros*
_____
Mabelene Valeros

*Xiong Man Situ and Biqi Zhao v. Eugene Wong, et al.*
U.S.D.C., N.D. California, Case No. CV 13 5102

### Service List

Mark P. Edson
Bernett, Samuelson, Reynolds, Allard,
Cowperthwaite & Gelini
1301 Marina Village Pkwy
Alameda, CA 94501
Telephone: (510) 444-7688
Facsimile: (510) 444-5849
*Counsel for Defendant Eugene Wong*

Ed Lai
Bishop Barry Drath
2000 Powell Street
Emeryville, CA 94608
Telephone: (510) 596-0888
Facsimile: (510) 596-0899
*Counsel for Defendant William Wong*

William Taylor
Tsao-Wu, Chow & Yee LLP
685 Market Street
Suite 460
San Francisco, CA 94105
Telephone: (415) 777-1688
Facsimile: (415) 777-2298
*Counsel for Defendant David Chun*

Peter Weber
Murphy Pearson Bradley & Feeney
88 Kearny Street
10th Floor
San Francisco, CA 94108
Telephone: (415) 788-1900
Facsimile: (415) 393-8087
*Counsel for Defendant Connie Chan*

Lawrence Less
Less & Weaver
1388 Sutter Street, Suite 800
San Francisco, CA 94109
Telephone: (415) 398-9800
Facsimile: (415) 989-0841
*Counsel for Defendant Leland Wong*