UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIONG MAN SITU, et al., <br><br>    Plaintiffs, <br><br>v. <br><br>EUGENE WONG, et al., <br><br>    Defendants. | Case No. 13-cv-05102-JD <br><br>**ORDER OF DISMISSAL** <br>Re: Dkt. No. 56 |

The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within ninety (90) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

If no certification is filed, after passage of ninety (90) days, the dismissal shall be **with** prejudice.

Dated: July 21, 2014

_____
JAMES DONATO
United States District Judge