# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# EUREKA DIVISION

| | |
|---|---|
| XIONG MAN SITU, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EUGENE WONG, et al.,<br><br>    Defendants. | Case No.  13-cv-05102-JD   (NJV)<br><br>**ORDER SETTING HEARING ON MOTION FOR ORDER TO SHOW CAUSE**<br><br>(Doc. 63.) |

On January 6, 2015, Judge Donato referred to the undersigned Plaintiff's unopposed motion for an order to show cause. (Doc. 67.) Accordingly, this matter is set for hearing at 10:00 a.m. on February 3, 2015, at the Eureka Courthouse at 3140 Boeing Avenue in McKinleyville, California.

**IT IS SO ORDERED**.

Dated:  January 13, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge