United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| XIONG MAN SITU, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>EUGENE WONG, et al.,<br><br>　　　　　Defendants. | Case No.  13-cv-05102-JD  (NJV)<br><br>**ORDER TAKING MATTERS UNDER SUBMISSION ON THE PAPERS**<br><br>Re: Dkt. Nos. 63 70. |

Pursuant to Civil Local Rule 7-1(b), the Court finds Plaintiffs' Motion for Order to Show Cause (Doc. 63) and Motion to Enforce Judgment (Doc. 70) appropriate for decision without oral argument.  Accordingly, these matters are taken under submission and will be decided on the papers.

**IT IS SO ORDERED**.

Dated: January 27, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge